IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT ZEMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:19cv1637 |
| ) | **Electronic Filing** |
| **CITY OF FARRELL, CHIEF JON C.** ) | |
| **ROCOCI, JOHN DOE, CITY OF** ) | |
| **HERMITAGE, CHIEF ERIC JEWELL,** ) | |
| **JOHN DOE 2,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 19th day of August, 2020, it appearing that a settlement has been reached as to all aspects of plaintiff's complaint and the only remaining matter is the submission of a stipulation for settlement and discontinuance; therefore, with no further action being required by the court at this time, the following order is entered:

IT IS ORDERED that the Clerk of Court mark the above case closed.

Nothing contained in this order shall be construed as a final dismissal or disposition of this case and should further proceedings in it become necessary, any party may initiate the appropriate course of action in the same manner as if this order had not been entered. Jurisdiction is retained over the completion and enforcement of the settlement agreement.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc:   D. Aaron Rihn, Esquire
      Scott G. Dunlop, Esquire
      Allison N. Genard, Esquire
      Anthony J. Rash, Esquire

(*Via CM/ECF Electronic Mail*)